United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WAYNE ARISMAN,

    Plaintiff,

vs.

J. S. WOODFORD; N. GRANNIS; J. C. PERRY; K. WALKER; Correctional Officer MORGAN; Lieutenant A. MUNOZ,

    Defendants.
                                  /

No. C 03-3741 PJH (PR)

**ORDER SETTING DEADLINE FOR SUBSTITUTION OF PARTY**; **INSTRUCTIONS TO CLERK**

    This is a civil rights case filed pro se by a state prisoner. The court's dismissal was vacated in part and the case remanded by the Ninth Circuit. The mandate now has been received.

    In another of plaintiff's cases, 00-4049 PJH (PR), the Attorney General has filed a "Statement of Death of Plaintiff Arisman." In it, defendants state that Arisman died on September 5. 2009. In light of this, the clerk shall provide a copy of this order to the warden of San Quentin State Prison, San Quentin, CA, 94974. Prison officials are requested to forward this order to whoever the prison records show as the plaintiff's next of kin. If plaintiff's next of kin desires to continue with this case, he or she shall file a notice of substitution within thirty days after the date of this order. If no such notice is filed, the case will be dismissed without further notice.

    **IT IS SO ORDERED.**

Dated: November 9, 2009.

                                            PHYLLIS J. HAMILTON
                                            United States District Judge

P:\PRO-SE\PJH\CR.03\ARISMAN3741.death.wpd