UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID WAYNE ARISMAN,

        Plaintiff,

vs.

J. S. WOODFORD; N. GRANNIS; J. C. PERRY; K. WALKER; Correctional Officer MORGAN; Lieutenant A. MUNOZ,

        Defendants.

No. C 03-3741 PJH (PR)

**ORDER OF DISMISSAL**

This is a civil rights case filed pro se by a state prisoner. It having come to the court's attention that plaintiff died on September 5, 2009, the court issued an order allowing thirty days for plaintiff's next of kin to ask to be substituted as plaintiff. The warden of San Quentin, where plaintiff had been housed on death row, was asked to forward the order to whoever was listed on the prison records as next of kin. The warden has informed the court that plaintiff has no listed next of kin, and that he thus was unable to forward the order. The time allowed in the court's order for next of kin to respond has expired.

In light of the above, no further action is possible or necessary. This case is **DISMISSED** with prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: December 15, 2009.

                              PHYLLIS J. HAMILTON
                              United States District Judge

P:\PRO-SE\PJH\CR.03\ARISMAN3741.dismiss2.wpd